IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT M. WILLIAMS,

    Plaintiffs,

  v.

Case No. 17-cv-304-jdp

TRISH ANDERSON, SHANE ZAHRTE,
and LUCAS WOGERNESE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |